## UNITED STATES DISTRICT COURT
## IN THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **LEONARD MEDINA** | § | |
| | § | |
| **v.** | § | **Civ. No. CC-06-541** |
| | § | |
| **SERVICE AMERICA** | § | |
| **CORPORATION** | § | |

## FINAL JUDGMENT

Judgment is entered in favor of the defendant. Plaintiff shall take nothing and shall pay defendant's costs.

This is a final judgment.

ORDERED this 3rd day of December, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE